JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA GARRETT,<br><br>  Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC et al.,<br><br>  Defendants. | Case No. 2:23-cv-03673-SB-JPR<br><br>ORDER DISMISSING CASE |

  The parties filed a stipulation to stay this matter pending arbitration. Dkt. No. 24. The Court may stay or dismiss an action when all claims are subject to arbitration and the parties agree to arbitrate the claims. See *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a district court may stay or dismiss an action when all claims are subject to arbitration). This case is hereby DISMISSED without prejudice. The Court discharges its order to show cause. Dkt. No. 18.

  Any party objecting to dismissal must file an objection along with an explanation for the objection no later than June 9, 2023. If an objection is filed, all parties must appear in person for a hearing on June 16, 2023 at 8:30 a.m. in Courtroom 6C. Absent any objection, this order will become final and the hearing will be vacated without further order of the Court.

IT IS SO ORDERED.

Date: June 5, 2023

                       Stanley Blumenfeld, Jr.
                       United States District Judge